UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NANCY NELSON, as the Administratrix of the
ESTATE OF ELAINE A. TAXIS a/k/a ELAINE
TAXIS,

                        Plaintiff,

    -against-

PREM C. CHATPAR, M.D. STONY BROOK
UNIVERSITY HOSPITAL AND MEDICAL
CENTER, P. REDDY, M.D., first name unknown,
AHMAD KHALID, M.D., JOHN FIORE, M.D., said
doctors intended to be agents, servants and/or
employees of STONY BROOK UNIVERSITY
HOSPITAL AND MEDICAL CENTER and MERCK
& CO., INC.,

                        Defendants.
-----------------------------------------------------------------X

JUDGMENT
05-CV-1336 (SJ)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
APR 29 2005
P.M. _____
TIME A.M. _____

An Order of Honorable Sterling Johnson Jr., United States District Judge, having been filed on April 27, 2005, dismissing the claims against defendants, Merck & Co., Inc. and Prem C. Chatpar, M.D., only with prejudice and without costs to any party as against the other, pursuant to Fed. R. Civ. P. 41(a)(1)(I); and directing the Clerk of the Court to enter a final judgment of dismissal with respect to these defendants; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the claims against defendants, Merck & Co., Inc., and Prem C. Chatpar, M.D., are dismissed with prejudice and without costs to any party as against the other; and that a final judgment of dismissal is hereby entered with respect to these defendants.

Dated: Brooklyn, New York
       April 28, 2005

                                               ROBERT C. HEINEMANN
                                               Clerk of Court